Argued and submitted May 24, reversed and remanded June 26, 1996

Betty Jean VOLTIN,
*Respondent,*

*v.*

Charles F. SAUERBIER,
*Appellant.*

(95C 33946; CA A90348)

918 P2d 867

Clint A. Lonergan argued the cause for appellant. With him on the brief was Richard L. Lonergan.

No appearance by respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *Miller and Miller*, 128 Or App 433, 875 P2d 1195 (1994).